# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                            Case Number: 4:18–cr–00103

Carlos Otavio Guimaraes
Jemima Da Rocha Guimaraes

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/15/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Miscellaneous Hearing


Date:   October 25, 2019

David J. Bradley, Clerk