# David A. Nachtigall

| | |
|---|---|
| **From:** | David A. Nachtigall |
| **Sent:** | Wednesday, September 4, 2019 1:42 PM |
| **To:** | Danny_Morgan@txsp.uscourts.gov |
| **Subject:** | Carlos and Jemima Guimares |

Danny:

I've been retained by the Guimares to request an early termination of their supervised release.  Is there a time we would talk for a few minutes about their compliance with the terms of their supervised release so far?

Thanks.

David


**David A. Nachtigall** | Bio
1545 Heights Blvd., Suite 100
Houston, Texas  77008
Tel 713-229-0008 | Fax 713-650-1602
david@dntriallaw.com
www.dntriallaw.com

**Board Certified, Criminal Law**
**Texas Board of Legal Specialization**

CONFIDENTIALITY NOTICE - This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s).  If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

# EXHIBIT A

1